# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., a Delaware limited liability company, <br><br> Defendant. | Civil Action No. 22-305-RGA <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Plaintiff to file its Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 11) is extended through and including June 30, 2022, and the deadline for Defendant to file its Reply Brief in Support of their Motion to Dismiss (*id.*) is extended through and including August 24, 2022. This extension is necessary to accommodate summer schedules and other professional obligations.

Dated: June 3, 2022

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Kelly E. Farnan* |
| Stephen B. Brauerman (#4952) | Kelly E. Farnan (#4395) |
| Ronald P. Golden III (#6254) | Richards, Layton & Finger, P.A. |
| Bayard, P.A. | One Rodney Square |
| 600 North King Street, Suite 400 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 651-7700 |
| sbrauerman@bayardlaw.com | farnan@rlf.com |
| rgolden@bayardlaw.com | |
| | *Attorney for Defendant Netflix, Inc.* |
| *Attorneys for Plaintiff Robocast, Inc.* | |

SO ORDERED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE