# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOCAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC. <br><br> Defendant. | Civil Action No. 22-305-RGA |

## ORDER

For the reasons stated in the accompanying Memorandum, the motion to dismiss for failure to state a claim (D.I. 11) is GRANTED IN PART and DENIED IN PART.

1. Robocast's claims for vicarious infringement are DISMISSED without prejudice.

2. Robocast's claims for indirect infringement are DISMISSED without prejudice.

3. Robocast's claims for willful infringement are DISMISSED without prejudice.

4. Robocast is GRANTED leave to amend its claims within three weeks of the date of this Order.

IT IS HEREBY ORDERED.

Entered this 14th day of November, 2022.

_____
United States District Judge