# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBOCAST, INC., | ) | C.A. No. 22-305-JLH-CJB |
| | ) | |
|     Plaintiff and | ) | |
|     Counterclaim Defendant, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| NETFLIX, INC., | ) | |
| | ) | |
|     Defendant and | ) | |
|     Counterclaim Plaintiff. | ) | |

## NETFLIX, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF UNPATENTABILITY UNDER 35 U.S.C. § 101

OF COUNSEL:

Tara D. Elliott (#4483)
Rachel Weiner Cohen
Ashley M. Fry
Diane E. Ghrist
Alessandra M. Schaszberger
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200

Kimberly Q. Li
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 880-4500

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER LLP
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant and Counterclaim Plaintiff Netflix, Inc.*

Dated: September 26, 2024

I. ***STATEMENT OF FACTS IN SUPPORT OF MOTION #1:* SUMMARY JUDGMENT OF UNPATENTABILITY UNDER 35 U.S.C. § 101**

    A. **U.S. Patent Nos. 7,155,451, 8,606,819, and 8,965,932 (collectively, the "Asserted Patents")**

1.1. U.S. Patent No. 7,155,451 (the "'451 patent") was filed on September 1, 1998 and issued on December 26, 2006. The '451 patent is entitled "Automated Browsing System For Publishers And Users On Networks Serving Internet And Remote Devices." Ex. 1 at Cover.

1.2. U.S. Patent No. 8,606,819 (the "'819 patent") was filed on April 18, 2012 and issued on December 10, 2013. The '819 patent is entitled "Automated Content Scheduler And Displayer." Ex. 2 at Cover.

1.3. U.S. Patent No. 8,965,932 (the "'932 patent") was filed on December 21, 2005 and issued on February 24, 2015. The '932 patent is entitled "Automated Content Scheduler And Displayer" Ex. 3 at Cover.

1.4. Damon C. Torres is the sole named inventor of the '451, '819, and '932 patents (collectively, the "Asserted Patents"). Ex. 1 at Cover; Ex. 2 at Cover; Ex. 3 at Cover.

1.5. The Asserted Patents claim priority from U.S. provisional application No. 60/025,360 filed on September 3, 1996 (the "'360 provisional") and U.S. Patent No. 08/922,063 (the "'063 application"). Ex. 1 at Cover; Ex. 2 at Cover; Ex. 3 at Cover.

1.6. The '932 and '819 patents are continuations of the '451 patent. Ex. 3 at Cover; Ex. 2 at Cover. The three Asserted Patents all share a common specification.

1.7. Robocast currently asserts that Netflix infringed 10 claims of the Asserted Patents: claims 1, 25, 38, and 41 of the '451 patent; claim 1 of the '819 patent; and claims 1, 13, 25, 27, and 31 of the '932 patent.

    B. **The Specification of the Asserted Patent**

1.8. The Abstract of the '451 patent states, in part, "A method of sequencing and

scheduling web resources, via a software application that collects URLs and feeds them to a Web browser, so that the amount of clicks and decisions are reduced when browsing the Internet.… The decision-making process is not inhibited, it is made optional." Ex. 1 at Abstract.

1.9. The '451 specification states that "[w]hile the invention may *automate a number of the decisions that a user makes* in viewing a plurality of resources, it in no way inhibits the interactivity currently present on the Web that the claimed idea automates decisions users previously accomplish manually." *See* Ex. 1 at 3:11-14 (emphasis added); *id.* at 18:5-8 ("The user creates a show structure that executes each of these programs and displays the relevant information at a predetermined rate. *This allows the user to automate various tasks that are currently accomplished manually*." (emphasis added)); *see also id.* at 3:38-42, 8:27-31.

1.10. The '451 specification states that "[t]he user requires no special hardware to use this invention," and "the user requires no special hardware to use this invention" and any "operating system," "browser," and "cache memory" can be used . Ex. 1 at 6:16, 6:25-52, Fig. 2; *see also id.* at 1:66-2:1 (search engines known), 2:1-2 (content aggregators known), 2:23-26 (user interest profiles known).

| | |
|---|---|
| OF COUNSEL:<br>Tara D. Elliott (#4483)<br>Rachel Weiner Cohen<br>Ashley M. Fry<br>Diane E. Ghrist<br>Alessandra M. Schaszberger<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>(202) 637-2200<br><br>Kimberly Q. Li<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 880-4500<br>Dated: September 26, 2024 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Netflix, Inc.* |